IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| William Boykin, *et al.*, ) | |
| ) | |
| ) | No. 13-7159 |
| Appellants ) | |
| vs. ) | |
| ) | |
| Adrian Fenty, *et al.* ) | |
| ) | |
| Appellee ) | |
| _____) | |

### APPELLANTS' MOTION WITHOUT CONSENT TO WITHDRAW PLAINTIFFS' MOTION TO FILE A BRIEF WITH INCREASED PAGE LIMIT

Appellants respectfully submit this Motion for leave to Withdraw Plaintiffs' pending Motion to Enlarge Pages, pursuant to Federal Rules of Appellate Procedure 28(e)(2),(3) and 32(a)(7)(B),(C), to file a brief of sixty pages.

A message was left with Appellees' representative, Stacy Anderson, on the afternoon of April 30, 2014, asking for consent for the instant Motion. No reply was received by the time of filing of this Motion. Appellees had stated previously regarding the previous Motion to Enlarge pages that they had no opinion, but did not consent to that motion.

**INTRODUCTION AND SUMMARY**

1

Appellants no longer seek a page increase to sixty pages, because, upon further consideration, the existing page limit will be sufficient length for Appellants to properly brief the Court on all of the pending issues.

## CONCLUSION

Wherefore, for the reasons stated herein, along with any other reasons that may become apparent, Appellants respectfully move this Court to grant its leave for Appellants' Motion to Withdraw the Motion to enlarge the page limits of Appellants' Brief.

April 30, 2014                                     Respectfully submitted,

_ /s/ George E. Rickman_
GEORGE E. RICKMAN, ESQ.
Bar # 433298
P.O. Box 21267
Kalorama Station
Washington, D.C. 20009-21267
202-723-3955
georgerick11@comcast.net
*Counsel for Plaintiffs*

_/s/ Jane Zara_____
Jane Zara, ESQ.
DC Bar # 982392
1611 Monroe St., NW
Washington, DC 20010
202-390-2449
janezara@gmail.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to verify that true and correct copies of the attached document have been filed electronically and served by both first class mail and electronic mail on this 30th day of April, 2014, on counsel listed below.

/s/ Jane Zara_____
Jane Zara

Stacy Anderson
Assistant Attorney General
District of Columbia
441 Fourth Street, NW
Washington, DC  20001
StacyL.Anderson@dc.gov